UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LANSDOWNE ON THE POTOMAC HOMEOWNERS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENBAND AT LANSDOWNE LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:11-cv-872 (AJT/TCB) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lansdowne on the Potomac Homeowners Association, through undersigned counsel, hereby voluntarily dismisses Count VII of the Complaint without prejudice as against Defendants Lansdowne Community Development, LLC and LCD Communications LLC. Defendants have not served an answer or motion for summary judgment in this matter.

Dated: December 15, 2011

Respectfully submitted,

/s/
Patrick O'Donnell (Va. Bar No. 41761)
    PODonnell@wiltshiregrannis.com
Steven A. Fredley (*pro hac vice*)
    SFredley@wiltshiregrannis.com
Jacinda A. Lanum (Va. Bar No. 75104)
    JLanum@wiltshiregrannis.com
WILTSHIRE & GRANNIS LLP
1200 Eighteenth Street NW, Suite 1200
Washington, DC 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301

*Counsel for Plaintiff Lansdowne on the Potomac Homeowners Association, Inc.*

So ordered
12/19/11

/s/
Anthony J. Trenga
United States District Judge